

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: April 3, 2023

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 00-03660 |
| | ) | |
| DEBTORS  Bennie L. Jones | ) | CHAPTER 7 |
| Angela V. Jones | | |

### ORDER GRANTING APPLICATION
### FOR PAYMENT OF UNCLAIMED FUNDS

On ____March 10, 2023_____, an Application for Payment of Unclaimed Funds (the "Application") (Dkt. # ___76_____ was filed for the Claimant(s), Pamela Ellis Owner of Potomac Recovery, LLC assignee to Bennie L. Jones, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The Application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $1,981.98 held in unclaimed funds be made payable to Potomac Recovery, LLC and be disbursed to the payee at the following address: 3360 Post Office Road, #1952 Woodbridge, VA 22195. The Clerk will disburse the funds not earlier than 14 days after entry of this order.

## END OF ORDER##

Submitted by:
Potomac Recovery, LLC
3360 Post Office Road, #1952
Woodbridge, VA 22195
pamela@potomacrecovery.com
703 244-0307